TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Cheryl and Brett Lyons*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl and Brett Lyons, | Case No.: 2:15-cv-01053-DGC |
| Plaintiffs, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Thunderbird Collection Specialists, Inc. | |
| Defendant. | |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff, through counsel undersigned, hereby dismisses the within action against Thunderbird Collections Specialists, Inc., with prejudice and with each party to bear its own attorneys' fees and costs.

                                         KENT LAW OFFICES

DATED: September 15, 2015

                              By:   */s/  Trinette G. Kent*
                                  Trinette G. Kent
                                  Attorneys for Plaintiffs,
                                  Cheryl and Brett Lyons